606

*Diggs*, with whom *Messrs. Russell G. Lowe, Wm. C. Liedtke, Redmond S. Cole,* and *C. L. Billings* were on the brief, for appellant. *Messrs. C. W. King, George W. Selinger,* and *W. D. Humphrey* were on the brief for appellees.

No. 874. ASSINIBOINE INDIAN TRIBE *v.* UNITED STATES. Jurisdictional statement submitted April 28, 1934. Decided May 7, 1934. *Per Curiam:* The appeal herein is dismissed. *Colgate* v. *United States,* 280 U.S. 43. The petition for writ of certiorari is denied. *Messrs. Everett Sanders* and *Joseph E. Davies* for appellant. *Solicitor General Biggs, Assistant Attorney General Blair,* and *Messrs. Charles Bunn* and *George T. Stormont* for the United States.

No. 968. SMITH *v.* NEW YORK. Jurisdictional statement submitted April 28, 1934. Decided May 7, 1934. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Patsone* v. *Pennsylvania,* 232 U.S. 138, 144; *Silver* v. *Silver,* 280 U.S. 117, 123; *Sproles* v. *Binford,* 286 U.S. 374, 396. *Mr. Albert E. Kane* for appellant. No appearance for appellee.

No. 990. NORTHWEST BANCORPORATION *v.* BENSON, COMMISSIONER OF BANKS OF MINNESOTA, ET AL. Motion submitted May 3, 1934. Decided May 7, 1934. *Per curiam:* The motion for im-